UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN BRUNO TORRES,<br><br>             Plaintiff<br><br>        -vs-<br><br>SERGEANT JOHN SANTONI,<br>et al.,<br><br>             Defendants | :<br>:<br>:<br>:    NO. 3:CV-06-1953<br>:<br>:    (Judge Kosik)<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this 29th day of March, 2007, it appearing to the court that a complaint in the instant action was filed on October 3, 2006 and an answer thereto was filed on December 4, 2006, IT IS HEREBY ORDERED THAT:

(1) The parties are allowed sixty (60) days from the date of this Order in which to complete discovery; and,

(2) The parties are allowed thirty (30) days after the completion of discovery in which to file dispositive motions.

                                        *s/Edwin M. Kosik*
                                        United States District Judge