UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUAN BRUNO TORRES,          :
                            :
         Plaintiff          :
                            :   NO. 3:CV-06-1953
     -vs-                   :
                            :   (Judge Kosik)
                            :
SERGEANT JOHN SANTONI,      :
et al.,                     :
                            :
         Defendants         :

## **MEMORANDUM AND ORDER**

This matter is before the court on the defense motion for summary judgment.

By way of background, it should be noted that plaintiff, acting *pro se*, commenced this action against the defendants for the excessive use of force while placing him on suicide watch, and deliberate indifference to his medical needs.

In their motion for summary judgment, defendants have offered evidence that plaintiff's conduct necessitated force which was necessary and not excessive. Further, that while plaintiff suffered injury requiring medical attention, it was administered promptly and continually for a condition which was not serious.

Plaintiff resists summary judgment. Regrettably, plaintiff's resistence is adequate in form but lacking in substance. Nevertheless, because of *pro se* status, he responds sufficiently

for us to conclude that there appear genuine issues as to material facts.  This will necessitate a jury trial.

The defense motion is **DENIED**.

SO ORDERED.

*s/Edwin M. Kosik*
United States District Judge

Date: March 25, 2008